IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:07cr120 |
| | ) | |
| TRACY BRIDGES | ) | |

### ORDER

The matter is before the Court on defense counsel's motion to authorize interim CJA payments (document 30).

For good cause shown,

It is hereby **ORDERED** that counsel's motion to authorize interim CJA payments is **GRANTED**, provided he first submits an appropriate interim CJA voucher for the Court's review and approval.

The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
_____
T. S. Ellis, III
United States District Judge

Alexandria, VA
July 22, 2008