**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:07CR120-1**

FILED
IN COURT
ASHEVILLE, N.C.

OCT 8 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **TRACY BRIDGES.** | ) | |
| | ) | |

    **THIS MATTER** came before the court upon the motion of the government filed pursuant to Rule 35, Federal Rules of Criminal Procedure, to reduce defendant's sentence. On October 8, 2008, the court heard oral arguments and issued its decision from the bench.

    For the reasons stated from the bench, the government's Motion to Reduce Sentence is **ALLOWED** and the sentence of incarceration is reduced from 30 months to no months incarceration, with three years of probation, with a special condition of probation being the service of six months of community confinement, with all other terms of the sentence remaining in full force and effect.

October 8, 2008
Asheville, N.C.

_____
T. S. ELLIS, III
UNITED STATES DISTRICT JUDGE